FILED
AUG - 3 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. __3:05CR172-A__ |
| ) | [18 USC 922(g)(3); |
| CAMION Q. HUGULEY ) | 21 USC 844(a)] |
| ) | |
| ) | INDICTMENT |
| ) | |

The Grand Jury charges:

## COUNT 1

On or about March 9, 2005, in LaFayette, Alabama, in the Middle District of Alabama,

CAMION Q. HUGULEY,

defendant herein, knowingly did possess, in and affecting commerce, a Titan, Tiger, .38 caliber pistol, Serial Number N027130, while being an unlawful user of and addicted to a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2

That on or about March 9, 2005, in LaFayette, Alabama, within the Middle District of Alabama,

CAMION Q. HUGULEY,

defendant herein, did knowingly and intentionally possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A.  Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(3), as alleged in Count 1 of this indictment, the defendant,

CAMION Q. HUGULEY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1)  cannot be located upon the exercise of due diligence;

    (2)  has been transferred, sold to, or deposited with a third person;

    (3)  has been placed beyond the jurisdiction of the court;

    (4)  has been substantially diminished in value; or,

    (5)  has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA GARRETT CANARY
United States Attorney

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Kent B. Brunson
Assistant United States Attorney