**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:05-cr-172-A** |
| | ) | |
| **CAMION Q. HUGULEY** | ) | |

**NOTICE OF APPEARANCE**

     **COMES NOW** the undersigned counsel, Patricia Kemp, Esquire, and enters her appearance as counsel for **CAMION Q. HUGULEY** in the above-styled matter.

     Dated this 15th day of September 2005.

          Respectfully submitted,


          <u>s/Patricia Kemp</u>
          **PATRICIA KEMP**
          ASB-4592-R80K
          Attorney for Defendant
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: patricia_kemp@fd.org

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Terry F. Moorer, Esquire, Assistant United States Attorney, One Court Square, Suite 201,

Montgomery, Alabama 36104.


           <u>**s/Patricia Kemp**</u>
           **PATRICIA KEMP**
           ASB-4592-R80K
           Attorney for Defendant
           Federal Defenders
           Middle District of Alabama
           201 Monroe Street, Suite 407
           Montgomery, AL 36104
           TEL:   (334) 834-2099
           FAX:   (334) 834-0353
           E-Mail: patricia_kemp@fd.org