**COURTROOM DEPUTY'S MINUTES**          **DATE:** 9/28/05

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording: 9:28 - 9:29**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Vanzetta Penn McPherson**     **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 3:05cr172-A**          **DEFENDANT(S):Camion Q. Huguley**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Terry F. Moorer | * | Christine A. Freeman |
| | | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**

❏ **PENDING MOTION STATUS:**

   None

❏ **PLEA STATUS:**      **Likely Plea; Case possibly resolved by end of next week**

❏ **TRIAL STATUS**      **1 Day for Trial**
             **12/5/05 Trial Term**

❏ **REMARKS:**      **Likely Pretrial Diversion**

           **Attorneys should advise Court in Writing regarding resolution**