| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/17/05 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 9:37 - 9:40 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr172-A  **DEFENDANT(S):** Camion Q. Huguley

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry F. Moorer | * * * * * | Kevin Butler |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**

None

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**   1 Day for Trial
12/5/05 Trial Term

☐ **REMARKS:**   Pretrial Diversion Request Submitted
Attorneys have tentatively worked out an resolution; Defendant likely to plea to Marijuana Charge