**COURTROOM DEPUTY'S MINUTES**  **DATE:** 11/21/05

**MIDDLE DISTRICT OF ALABAMA**  Digital Recording: 9:37 - 9:37

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr172-A   **DEFENDANT(S):** Camion Q. Huguley

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent Brunson | * | Christine Freeman |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**    Complete

❏ **PENDING MOTION STATUS:**

None

❏ **PLEA STATUS:**

❏ **TRIAL STATUS**

12/5/05 Trial Term
Plea by 11/28/05 @ 9:00 a.m.

❏ **REMARKS:**