MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*     **DEPUTY CLERK:** *Wanda Robinson*

**CASE NUMBER:** *2:05cr172-A*     **DEFENDANT NAME:** *Camion Q. Huguley*

**AUSA:** *Terry F. Moorer*     **DEFENDANT ATTY:** *Christine Freeman*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** James Chappell

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty          ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

   X Count(s) __2__ of the Felony Indictment.

   X Count(s) __1__  ❏ dismissed on oral motion of USA;

   X to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNT 2**

x — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Agreement

_____ Days to file pretrial motions.    ❏ _____ Trial date or term.

x — **ORDER:** Defendant Continued under X same bond with additional conditions: 1: Defendant reside with the mother and 2: Defendant prepare and send to Mr. Chappell, USPO, a 2 week budget of how he spends his money; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____;   X Sentencing   X to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.