```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION

UNITED STATES OF AMERICA     )
                             )
                             )
v.                           )    CASE NO. 3:05cr172-A
                             )
CAMION Q. HUGULEY            )
```

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken.

DONE this 29th day of November, 2005.

UNITED STATES DISTRICT JUDGE