IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr172-A |
| CAMION HUGULEY ) | |

**ORDER**

The Defendant having pleaded guilty in this case to a misdemeanor, it is hereby

ORDERED that the court's order of December 7, 2005 (Doc. #30), setting sentencing before the undersigned for March 6, 2006, is VACATED and SET ASIDE. Sentencing of the Defendant will be by Magistrate Judge Vanzetta Penn McPherson at a time to be set by her order.

DONE this 15th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE