IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05cr172-M |
| | ) | |
| CAMION Q. HUGULEY | ) | |

## ORDER

The defendant by consent has appeared before the undersigned Magistrate Judge and has entered a plea of guilty to a misdemeanor . For good cause, it is

ORDERED that this case is set for sentencing on 1 March 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 20th day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE