# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Camion Q. Huguley                    Case Number: 3:05cr172-A

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson, U.S. Magistrate Judge

Date of Release: August 12, 2005

Original Offense: Being an unlawful user of and addicted to a controlled substance and knowingly and willfully possessing a firearm; Knowingly and intentionally possessing marijuana

Type of Release: $25,000 unsecured bond with Pretrial Supervision

Date of Next Court Appearance: Sentencing (March 1, 2006)

Conditions of Release: Execute $25,000 unsecured appearance bond; Report to Pretrial Services as directed; Maintain or actively seek full-time employment; No firearms; Refrain from any use of alcohol; Refrain from use or unlawful possession of narcotic drug; substance abuse testing; Refrain from attempting to obstruct or tamper with electronic monitoring equipment and/or substance abuse testing; Participate in program of inpatient or outpatient treatment if deemed necessary; Report as soon as possible any contact with law enforcement; Refrain from possessing any type of drug paraphernalia; Must reside with mother; Submit written budget by December 5, 2005.

Assistant U.S. Attorney: Terry Moorer                   Defense Attorney: Christine Freeman

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition (7-a): "The defendant shall report to Pretrial Services, Middle District of Alabama as directed by the Pretrial Services Officer. | Camion Q. Huguley failed to report to the U.S. Probation Office in Montgomery, Alabama as directed on February 14, 2006. |

Supervision history of defendant and actions taken by officer:

Since being placed on bond supervision Huguley has tested positive (3) three times for the use of Marijuana. After each violation this Officer notified the court and requested no action be taken. On January 23, 2006, Huguley completed a 48 day inpatient drug treatment program at The Bridge located in Gadsden, Alabama. Prior to entering inpatient treatment the defendant was attending a outpatient drug program in Opelika, Alabama.

PS 12C
(8/03)

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be:
    [X]  revoked.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 15, 2006__

_James Chappell_
United States Probation Officer

Reviewed and approved: _____
Supervising U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Signature of Judicial Officer_

_2/15/06_
Date