**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:05-cr-172-A |
| ) | |
| CAMION Q. HUGULEY ) | |

**DEFENDANT'S MEMORANDUM AND EXHIBITS
IN SUPPORT OF SENTENCING POSITION**

**COMES NOW** the Defendant, Camion Q. Huguley ("Mr. Huguley"), by and through undersigned counsel and respectfully submits the following in support of his position on the appropriate sentence to be imposed in this matter. Mr. Huguley is before the Court for sentencing on March 1, 2006, on one count of possession of marijuana in violation of 21 U.S.C. §844(a).

1.  **Personal History**

Camion Huguley was born on February 21, 1987. He has just turned nineteen years old. He was raised in Lafayette, Alabama. His biological parents are Rose Mary Huguley and Christopher Huguley. Camion's parents divorced when he was approximately eight years old. As a result, Camion was raised by his mother in a single parent home located in Lafayette, Alabama. He also lived a large part of his early youth and adolescence with his grandmother, Mary Jean Ross. Camion's grandfather, Mr. Ross, died in 1996.

Camion's mother has not remarried. However, Camion's father has remarried. Camion's step-mother's name is Angela Huguley. Camion has two step-siblings, a teenage sister named Shamekia Holloway and an adult brother, named Marquis Bulger. Camion's father and stepmother also have a two year old son, Christavious Huguley, and a six year old daughter, Sheena Huguley. Camion lived with his father, stepmother, two year old brother Christavious, and sisters Shamekia

and Sheena, in Opelika, Alabama from August 18, 2005 until early November of 2005. Camion has been living with his mother, in Lafayette, Alabama since November of 2005.

Because Camion's grandmother lives within walking distance of his residence, his grandmother, Mary Ross, relies heavily on Camion as a caretaker. Mary Ross is currently suffering from bone cancer. As a result of that cancer, she has had multiple, debilitating surgeries on her hips, thighs and legs. Following these surgeries, she has been confined to a bed and unable to feed, clothe, bathe, or dress herself. Because Ms. Ross' siblings and children are unable to look after her due to their own obligations, Camion has taken on the responsibility of being his grandmother's caretaker. As a part of his responsibilities as caretaker, Camion often cleans his grandmother's house, cooks some of her meals, and helps her get in and get out of bed.

**2.    Criminal History**

Mr. Huguley has no significant criminal history and has a criminal history category of I.

**3.    The Offense**

As stated in the revised Presentence Investigation Report, Mr. Huguley was searched by Lafayette police officers on March 9, 2005; a rolled cigar containing 0.67 gram of marijuana was found in Mr. Huguley's pants pocket.

**4.    Sentencing Position**

At any offense level up to 8, along with Mr. Huguley's criminal history category of I, Mr. Huguley's sentencing range is 0 to 6 months. Pursuant to Section 1( c ) of the Plea Agreement in this case, which was entered under F.R.Cr.P. 11(c)(1)( C), the appropriate sentence is this case is probation.

If this Court accepts the plea agreement proposed in this case and imposes a sentence of

probation, it will not be necessary to resolve any other issues before the Court regarding Mr. Huguley's sentence.

**5.     Conclusion**

Mr. Huguley also asks that this Court consider when imposing sentence, the following: Mr. Huguley has successfully completed an in-patient drug rehabilitation program (Collective Exhibit 1). Mr. Huguley has recently passed the GED examination and received a High School Equivalency Diploma (Collective Exhibit 2). Mr. Huguley comes from a community that is willing to offer him support in his efforts to avoid illegal activities (Collective Exhibit 3). Mr. Huguley comes from a close knit family that has supported him throughout his childhood and that continues to encourage him to live in compliance with the law and his moral and legal obligations (Collective Exhibit 4).

**WHEREFORE**, the Defendant respectfully prays that this sentencing position be adopted by the Court.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Camion Q Huguley
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Terry F. Moorer, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104; and I will provide a copy of same to Terrence Marshall, U.S. Probation Officer, 136 Catoma Street, Montgomery, Alabama.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Camion Q. Huguley
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org