COLLECTIVE EXHIBIT 1

# THE BRIDGE, INC DRUG RECOVERY CENTER DISCHARGE SUMMARY

# &

# VARIOUS AWARDS RECEIVED BY MR. HUGULEY DURING THE IN-PATIENT DRUG PROGRAM





The Bridge, Inc.

# Discharge Summary

1/26/06

Name: Camion Huckley
Address: P.O. Box 358 ( )

Case #: 103616    Soc Sec No. 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
City: Lafayette  St: AL  36352
Phone No.: ) 384-864-0830

12/6/05    1/23/06       48        Completion of TX
Admission Date  Discharge Date   Days in Tx   Type of Discharge:

Client participated in the following hrs. of treatment:

| 166 | 6 | 0 | 0 | 5 | = | 177 |
|------|------|------|------|------|------|------|
| Group | Ind. | Family | Education | Other | | Total |

Reason For Discharge and or Problems Interfering with Treatment: Camion discharged
U a completion of Treatment discharge. His behaviors
in the program have been up and down. He has
been written up for not following directions, disrespectful
attitude and for distracting talk and/or behaviors. However,
Clinical Needs addressed: he has had good days where he has
been an active and (+) participant in
the program.

Camion's Treatment Plan included alcohol & Drug Educ.,
Decision Making Skills, Education, Sex Educ., Relapse
Aftercare Plans: Prevention, and After care.

We recommend for Camion to attend intense
out patient counseling, random drug screenings,
and NA meetings.

Date: 1/26/06    Ashley Findley BRN
Counselor Signature

Date: __/__/__
Supervisors Signature

Copies forwarded to:
James Chappell
Patricia Kemp

DIS-D/REV 11/98

*The Bridge, Inc.*

*Northwood Crisis Residential Program*



*This certificate is awarded to:*

# Canion Huguley

IN HONOR OF EARNING ZERO DEMERITS THIS WEEK...CONGRATULATIONS!

*The Bridge, Inc.*
*Pursuing Recovery With Honor*

PROGRAM COORDINATOR

DATE

COUNSELOR

DATE

**The Bridge, Inc.**
**Pursuing Recovery With Honor**

presents this award to

# Camion Hugney

In honor of earning your level this

week...way to go!

*The Bridge, Inc.*
*Northwood Crisis Residential Program*

Brandy Hugins MS
Program Coordinator

Counselor

01/19/06
Date

Date

**The Bridge, Inc.**
Pursuing Recovery With Honor

In honor of earning your level this

week...way to go!

presents this award to

# Camion Huguley

*The Bridge, Inc.*
*Northwood Crisis Residential Program*

_____
Program Coordinator

01/05/06
_____
Date

_____
Counselor

_____
Date

The Bridge, Inc.
Pursuing Recovery With Honor

The Bridge, Inc.
Northwood Crisis Residential Program

*This certificate is presented to*

**Camion Huguley**

*In honor of earning your level this week!*

_____ Program

_____ Date

_____ Counselor

_____ Date

The Bridge, Inc.

Northwood Crisis Residential Program

This certificate is awarded to:

Camion Huguley

In honor of earning zero demerits this
week...congratulations!

The Bridge, Inc.
Pursuing Recovery With Honor

Brandy Kuykns

_____
Program Coordinator

_____
Counselor

12/13/05
_____
Date

_____
Date

COLLECTIVE EXHIBIT 2

# OFFICIAL TRANSCRIPT OF GED TEST RESULTS

# &

# STATE OF ALABAMA HIGH SCHOOL EQUIVALENCY DIPLOMA

# GED℠ Official Transcript of GED Tests Results

Issued by
**Alabama Department of Postsecondary Education**

Candidate's Name

Last: HUGHLEY    First: CARION    Middle Initial: Q

Address: PO BOX 356, LAFAYETTE, AL 36862

Phone Number:

Date of Birth: 2/21/1987

Issue Date:

Test Format: EP

Social Security Number(if required): 422256705

Name of Center Where Test Administered: Gadsden State CC
Test Center Identification No: 300003033
Phone Number:
Center Address: 1001 George Wallace Dr.
Gadsden , AL 35903

GED Testing Program
**Alabama Department of Postsecondary Education**
401 Adams Avenue Suite 280
Montgomery, AL 36104
(800) 392-8086 * (334) 353-4889
http://acs.cc.al.us

_Vice President_    2/6/2006
GED Administrator    Date

| | TEST DATE | TEST FORM | **STANDARD SCORE | *PASS NON PASS | PERCENTILE RANK | INDIVIDUAL TEST STANDARD SCORE |
|---|---|---|---|---|---|---|
| **Language Arts, Reading** | 1/18/2006 | IK | 460 | X | 34 | |
| **Language Arts, Writing** | 5/3/2005 | IB | 440 | | 27 | |
| **Mathematics** | 5/3/2005 | IB | 450 | | 31 | |
| **Science** | 5/3/2005 | IB | 430 | | 24 | |
| **Social Studies** | 5/3/2005 | IB | 480 | | 42 | |

| | Standard Score Total | Battery Average |
|---|---|---|
| **TOTAL BATTERY** | 2260 | 452 |

Standard Score. The scores on this report are the highest scores achieved by the candidate and not necessarily the most recent. If a subject test was taken more than once with a lower score previously achieved, the lower scores are not reported.

You have demonstrated the 21st century skills of:

Communication
Information processing
Problem solving
Higher order thinking skills

in the five test areas (Reading, Writing, Mathematics, Science, and Social Studies) to perform as effectively as traditional high school graduates.

The scores on this report demonstrate that you have demonstrated competency in the 21st century skills and workplace contexts of higher education as traditional high school graduates.

## Language Arts, Reading

Your score meets or exceeds the GED passing score requirement. You demonstrated essential reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

## Language Arts, Writing

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to edit workplace and informational documents and to generate well-organized and developed written text.

## Science

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

## Social Studies

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

## Mathematics

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

*Pass or Non-Pass as determined by jurisdiction policy. In Alabama, one must achieve a standard score of not less than 410 on each of the five parts of the GED Test AND an average standard score of not less than 450 on the battery (Standard Score Total of not less than 2250).

| | 200 | 410 PASSING SCORE | 800 |
|---|---|---|---|
| | Below | | Above |

| | 200 | 450 BATTERY PASSING SCORE | 800 |
|---|---|---|---|
| | Below | | Above |

# State of Alabama

## High School Equivalency Diploma

This is to Certify That

### CAMION Q HUGHLEY

having achieved the scores prescribed by the State of Alabama and thereby demonstrating satisfactory achievement in the major academic skills measured by the Tests of General Educational Development, the State Board of Education hereby awards this Alabama High School Equivalency Diploma, Number    1535776

In witness whereof our names and the Seal of the State Board of Education, Montgomery, Alabama are hereto affixed on this the    24  day of   January, 2006



_Bob Riley_

President, State Board of Education
Governor, State of Alabama

Chancellor
Alabama Department of Postsecondary Education

COLLECTIVE EXHIBIT 3

# LETTERS OF SUPPORT FROM VARIOUS MEMBERS OF MR. HUGULEY'S COMMMUNITY

## *Jeff Jones Funeral Home*

### Jeffrey Jones, Owner

152 Alabama Avenue East
P.O. Drawer 209-C
LaFayette, Alabama 36862

(334) 864-9521 or
(334) 864-8485
Fax (334) 864-8220

September 1, 2005

To Whom It May Conern:

This Letter Is In Reference To Camion Huguley.  I Have Known Camion For Over

10 Years, And Have Known Him To Be Of Good Character And Well Behaved.  His

Mother Rose Mary And His Grandmother Mary Both Have Worked At This Funeral Home

In Years Past, And Camion Has Been With Them Both At Different Times And He Was

Always Well Behaved.  I Have Never Known Camion To Get In Trouble.  If I Can Be

Of Any Further Assistance Please Let Me Know.

Signed *Jeffrey M. Jones*

Jeffrey M. Jones

7308 Co. Rd. #87
Lanett, AL. 36863
August 30, 2001

To Whom It May Concern,

The purpose of this letter is to submit to you information concerning the behavior of
Cameron Huguley.   I am a Marketing Education teacher who on many occasions had the
pleasure of observing his behavior.
In my years of knowing Cameron he has been a nice respectful young man, Cameron has
always been willing to go the extra mile and work hard at whatever he attempts.
Hopefully he will continue to progress in the future and  become an example of a
productive individual.   I believe that Cameron has been taught a worldly lesson.

Sincerely,

Annie Garlington



# Silmon - Seroyer Funeral Home

612 M.L.K. Dr., S.E.
P.O. Box 361
LaFayette, AL 36862

**Samuel Seroyer**
Owner / Admn.

**Darryl Seroyer**
Owner / Manager

To Whom It May Concern:

This letter is written as a reference for Camion Hughley, whom I have known since birth. I have been closely connected with him and his family on a personal and business level. When his mother became a single parent, I started talking with him and became a male figure in his life, as a positive role model.

I have talked with him on many occasion, giving advise and direction to help guide him, and he has always taken my advise. Since he has been in trouble, he has constantly come to talk with me and has express a desire to turn his life around.

I know that he is a good kid, and I believe if given the opportunity coupled with positive guidance and a different environment, I believe that it would make a difference in his life.

Sincerely,

Samuel Seroyer

Mary Ross
P.O Box 356
LaFayette, AL 36862

August 30, 2005

To Whom it May concern:

Dear Sir or Madam:

This letter is in reference to my grandson Camion Huguley. My grandson has been here with me most of the time since 1999. He stays with me at night and help .assist me since I am disable. Camion is extremely helpful to me since I am incapacited , he is dependable and reliable when I need him. I am pleading with the court to please give my grandson a second chance, so that he will not become another statistic. so that he may become a productive citizen.

Please contact me if you have any questions or need additional information.

Sincerely,

Mary Ross

# Whitehall Baptist Church

3355 County Road 62
Post Office Box 45
LaFayette, Alabama 36862

Pastor - Reverend Ed Vines                                334-864-0174

09/01/2005

To Whom it may Conern,

    I have Known Camion Huguley

All of his life. I Know he is a good
Person. Also, I Know that every person have
have made mistakes. So, for what it is
Worth, Please allow him a second chance
to correct his mistake.

Thank You
Ms. Peggy King

September 1, 2005

To Whom It May Concern:

My name is Elizabeth Stone., I have known Camion Huguley most of his life since he was four years old!

He is a sweet and considerate child, well-mannered; I have never known Camion to get into any trouble before this incident. I am pleading with the court not to allow him to become one more statistic in life and become one more negative situation in society. If the court gives him another chance perhaps he will become a productive member of society instead of a statistic.

Elizabeth Stone

9-1-05

To whom it May Concern,
my name is Dorothy Johnson. I
have known Camion all his
life. and i have never known him
to get in any Kind of Trouble.
before this time and he is Well
Mannered around grown ups.
And he is a sweet Child. and
i hope he Will get another
Chance to better his life

Dorothy Johnson

COLLECTIVE EXHIBIT 4

# PHOTOGRAPHS DEPICTING MR. HUGULEY'S CHILDHOOD AND FAMILY RELATIONSHIPS



A.    Photograph of Camion Huguley when he was 3-4 months old



B.    Photograph of Camion Huguley at age three

 

C.    Photographs of Camion Huguley at age five.

Camion is pictured both alone and with his mother following his graduation from the Head Start School Program.



D.   Photograph of Camion Huguley at age 7, in baseball uniform

In 1994, Camion was 7 years old.  He played left field on a Little League T-Ball
Team in Lafayette, Alabama.  The team was called the Mud Cats.



E.    Photograph of Camion Huguley at age 12, in his little league football uniform

Camion played football for the Valley Elementary School Rams while he was in the 5th grade.







F.    Three Photographs of Camion Huguley Participating in a 6th Grade Science Project About Soil



G.    Photograph of Camion Huguley in 2000

Camion was in the 7th grade and was attending W.F. Burns Middle School in Valley, Alabama.



H.     Photograph of Camion with his little sister, Sheena

This photograph was taken in early 2002.  Camion was turning 15 and his little
sister was about three years old.



I.    Photograph of Camion Huguley, His Cousin Deante and His Mother

Camion and his mother attended their cousin's graduation from ITT Technical
College in 2002.



J.  Photograph of Camion Hugley at the Lafayette High School Prom in 2003



K.    Photograph of Camion Huguley at the Prom.



L.    Photograph of Camion Huguley In Melbourne Florida During a Family Reunion in 2003



M.    Photograph of Camion Huguley with his Family on Vacation in 2003