COURTROOM DEPUTY MINUTES  
MIDDLE DISTRICT OF ALABAMA

DATE: __3/1/06__

FTR RECORDED __10:02__ to __10:31__

☐ ARRAIGNMENT   ☐ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   √ SENTENCING

---

**PRESIDING MAG. JUDGE:** _VANZETTA P. MCPHERSON_   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** _3:05cr172-WHA_   **DEFENDANT NAME:** CAMION Q. HUGULEY

**AUSA:** _TOMMIE BROWN HARDWICK_   **DEFENDANT ATTY:** CHRISTINE A. FREEMAN

Type Counsel: ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** Terrence Marshall

Defendant _____ does _√_ does NOT need and interpreter.

Interpreter present? _√_ NO _____ YES   Name: _____

---

( √ ) COURT PROCEEDING: __SENTENCING HEARING and IA on PETITION__

**LOG OF PROCEEDINGS ELECTRONICALLY RECORDED**

| | |
|---|---|
| Description | 3:05cr172-WHA: USA vs. Camion Q. Huguley: Sentencing Hearing & IA |
| Date | 3/1/2006 |
| Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 10:02:52 AM | Court | Convenes with facts regarding this case |
| 10:04:14 AM | Defense | ORAL MOTION to continue sentencing for 2 weeks and gives Explanation |
| 10:04:57 AM | Government | Has no objections to 2 week continuations |
| 10:07:35 AM | Court | Is not Incline to Continue nor Incline to accept Plea Agreement and explains reasoning |
| 10:08:53 AM | Defense | Just been informed of 6 month incarceration recommendation of Probation Officer |
| 10:15:21 AM | Court | Questions Counsel as to whether testing positive breaches the plea agreement |
| 10:15:53 AM | Government | Responds |
| 10:16:15 AM | Defense | Responds |
| 10:16:35 AM | Court | Request Side Bar with Defense Counsel and Probation Officer with the exculsion of Government Counsel |
| 10:25:13 AM | Court | ORAL ORDER granting 2 Week Suspension of Sentencing; Will issue an Order resetting Sentencing Hearing |
| 10:28:03 AM | Defense | Request IA on Petition be held |
| 10:29:03 AM | Court | Informs Defendant of Rights and Charges warranting his Arrest; Hearing on Petition for Revocation of Pretrial Release and Sentencing will be held 3/15/06 at 10:00 a.m. |
| 10:31 | COURT IN RECESS | |