IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05cr172-WHA |
| | ) | |
| CAMION Q. HUGULEY | ) | |

## **ORDER**

For Good cause, it is

ORDERED that the Sentencing Hearing previously set in this case for 1 March 2006 is reset for 15 March 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 14th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE