COURTROOM DEPUTY MINUTES         DATE: 3/15/06
MIDDLE DISTRICT OF ALABAMA

FTR RECORDED  10:02  to  10:54

❏ ARRAIGNMENT        ❏ CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ✓ SENTENCING

PRESIDING MAG. JUDGE: *VANZETTA P. MCPHERSON*   DEPUTY CLERK: WANDA A. ROBINSON
CASE NUMBER: 3:05cr172-VPM                    DEFENDANT NAME: Camion Q. Huguley
AUSA: *Terry Moorer*                          DEFENDANT ATTY: *Christine Freeman*
                                              Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA; (X) CDO
USPO: James Chappell, Dwayne Spurlock

Defendant _____ does  ____✓ does NOT need and interpreter.
Interpreter present? ___✓ NO  _____ YES   Name: _____

(✓) COURT PROCEEDING: SENTENCING

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 3:05cr172-WHA: USA vs. Camion Q. Huguley: Sentencing Hearing | |
|---|---|---|
| Date | 3/15/2006 | Location |

| Time | Speaker | Note |
|---|---|---|
| 10:02:39 AM | Court | Convenes |
| 10:04:03 AM | Defendant | Identifies Family Members and Friend of Family present in the Courtroom; Calls Witness Harold Ledbetter; Witness testifies |
| 10:12:26 AM | Government | Cross Examines Witness |
| 10:20:23 AM | Defendant | Re-directs Witness |
| 10:23:18 AM | Court | Questions Witness |
| 10:30:23 AM | | Witness Excused |
| 10:30:35 AM | Defendant | Counsel is heard prior to sentencing; Gives Recommendation; Defendant speaks in his behalf; No objections to the Presentence Report |
| 10:34:10 AM | Court | Pronounces Sentence |
| 10:49:02 AM | Defendant | Objects to the Sentence to the extent that it varies from Recommendation; Requests Modification that Defendant be allowed to become a Full Time Student if he so chooses |
| 10:50:48 AM | Court | May consider modification if defendant becomes a student in a program which offers a Degree or Certificate of some employable skill |
| 10:51:08 AM | Defendant | No objections to findings of fact or conclusions of law |
| 10:51:18 AM | Defendant | Defendant does not want to withdraw the Plea |
| 10:52:30 AM | Court | Pretrial Revocation Petition is subsumed by sentence imposed |
| | | RECESS |