IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| USA | * | |
| | * | 3:05cr172-WHA |
| VS. | * | |
| | * | |
| CAMION Q. HUGULEY | * | |

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| | Harold Ledbetter |
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |
| 4. _____ | 4. _____ |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |
| 8. _____ | 8. _____ |
| 9. _____ | 9. _____ |
| 10. _____ | 10. _____ |
| 11. _____ | 11. _____ |
| 12. _____ | 12. _____ |
| 13. _____ | 13. _____ |
| 14. _____ | 14. _____ |
| 15. _____ | 15. _____ |
| 16. _____ | 16. _____ |
| 17. _____ | 17. _____ |