IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   3:05-cr-172-WHA |
| | ) | |
| CAMION Q. HUGULEY | ) | |

MOTION FOR LEAVE TO DISMISS COUNT ONE OF THE INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss Count One of the Indictment, heretofore filed in the above styled cause, on the following grounds, to wit:

THE DEFENDANT PLED GUILTY TO COUNT TWO.

Respectfully submitted this the 16th day of March, 2006.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                s/Terry F. Moorer
                                                TERRY F. MOORER
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280
                                                Fax: (334)223-7135
                                                E-mail: terry.moorer@usdoj.gov
                                                ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   3:05-cr-172-WHA |
| | ) | |
| CAMION Q. HUGULEY | ) | |

CERTIFICATE OF SERVICE

     I hereby certify that on March 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine A. Freeman, Esquire, and Patricia Vanessa Kemp, Esquire.

                                    Respectfully submitted,

                                    s/Terry F. Moorer
                                    TERRY F. MOORER
                                    Assistant United States Attorney
                                    One Court Square, Suite 201
                                    Montgomery, AL 36104
                                    Phone: (334)223-7280
                                    Fax: (334)223-7135
                                    E-mail: terry.moorer@usdoj.gov
                                    ASB-1176-O73T