IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-172-WHA |
| | ) | |
| CAMION Q. HUGULEY | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Count One of the Indictment, heretofore filed in the above styled cause, and for good cause shown, DEFENDANT PLED GUILTY TO COUNT TWO, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE