IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr172-WHA |
| CAMION Q. HUGULEY ) | |

## **ORDER**

Upon consideration of the Motion for Leave to Dismiss Count One of the Indictment (Doc. #42), filed by the United States on March 16, 2006, and the Defendant having pled guilty to Count Two of the Indictment, it is hereby

ORDERED that the motion is GRANTED, and Count One of the Indictment is hereby DISMISSED.

DONE this 28th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE